B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jenkinson, Roy T** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Hibbard Road Gardens** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9420** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**62 Hibbard Road**<br>**Northfield, IL**<br>ZIP Code **60093** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |
| | | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☐ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)      Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>**Jenkinson, Roy T** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**   **/s/ William J. Factor**      **January 17, 2011**<br>    Signature of Attorney for Debtor(s)      (Date)<br>    **William J. Factor 6205675** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>       _____<br>       (Name of landlord that obtained judgment)<br><br>       _____<br>       (Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Jenkinson, Roy T** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Roy T Jenkinson**
Signature of Debtor **Roy T Jenkinson**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**January 17, 2011**
Date

### Signature of Attorney*

X **/s/ William J. Factor**
Signature of Attorney for Debtor(s)

**William J. Factor 6205675**
Printed Name of Attorney for Debtor(s)

**The Law Office of William J. Factor, Ltd.**
Firm Name

**1363 Shermer Road
Suite 224
Northbrook, IL 60062**
Address

**Email: wfactor@wfactorlaw.com**
**847-239-7248  Fax: 847-574-8233**
Telephone Number

**January 17, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## ROY T. JENKINSON

### D/B/A/ HIBBARD ROAD GARDENS

#### STATEMENT OF ASSETS, LIABILITIES, AND OWNER'S DEFICIT - CASH BASIS

#### DECEMBER 31, 2009

#### ASSETS

| | | |
|---|---|---:|
| **CURRENT ASSETS** | | |
| Cash in Bank | $ | 28,770 |
| | | |
| **PROPERTY AND EQUIPMENT** | | |
| Automobile and Truck | | 7,258 |
| Buildings | | 25,228 |
| Equipment and Tools | | 81,346 |
| Furniture and Fixtures | | 19,312 |
| Leasehold Improvements | | 71,394 |
| | | |
| Total Property and Equipment | | 204,538 |
| | | |
| Less: Accumulated Depreciation | | (168,093) |
| | | |
| **Net Property and Equipment** | | 36,445 |
| | | |
| **OTHER ASSETS** | | |
| Deposits | | 300 |
| | | |
| **Total Other Assets** | | 300 |
| | | |
| **TOTAL ASSETS** | $ | 65,515 |

<u>LIABILITIES AND OWNER'S DEFICIT</u>

**CURRENT LIABILITIES**
Payroll Taxes Withheld        \$    1,943
Sales Tax Payable        8,966

    **Total Current Liabilities**        10,909
**OWNER'S DEFICIT**
   Owner's Deficit        54,606

**TOTAL LIABILITIES AND OWNER'S DEFICIT**        \$   65,515

See Accountants' Compilation Report

1

### ROY T. JENKINSON

### D/B/A/ HIBBARD ROAD GARDENS

### STATEMENTS OF REVENUES, EXPENSES, AND OWNER'S DEFICIT - CASH BASIS

### FOR THE YEARS ENDED DECEMBER 31, 2009 AND 2008

| | 2009 | | 2008 | |
|---|---|---|---|---|
| | Amount | % of Revenues | Amount | % of Revenues |
| **REVENUES** | | | | |
| Nursery Sales | $   877,033 | 101.45 | $   863,457 | 100.36 |
| Less: Returns and Allowances | (12,531) | (1.45) | (3,074) | (0.36) |
| Net Revenues | 864,502 | 100.00 | 860,383 | 100.00 |
| **COST OF GOODS SOLD** | | | | |
| Freight | 7,829 | 0.91 | 7,423 | 0.86 |
| Herbaceous Plants | 89,604 | 10.36 | 97,450 | 11.33 |
| Other Dry Goods | 40,970 | 4.74 | 36,831 | 4.28 |
| Pottery | 14,900 | 1.72 | 12,983 | 1.51 |
| Salaries - Nursery | 295,290 | 34.16 | 292,779 | 34.03 |
| Supplies | 11,300 | 1.31 | 20,378 | 2.37 |
| Winter Crops | 36,330 | 4.20 | 117,093 | 13.61 |
| Woody Plants | 84,048 | 9.72 | 111,479 | 12.96 |
| Total Cost of Goods Sold | 580,271 | 67.12 | 696,416 | 80.95 |
| **GROSS PROFIT** | 284,231 | 32.88 | 163,967 | 19.05 |
| **NET OPERATING EXPENSES** | 307,035 | 35.52 | 436,928 | 50.77 |
| **OPERATING INCOME ( LOSS)** | (22,804) | (2.64) | (272,961) | (31.72) |
| **OTHER INCOME (EXPENSES)** | | | | |
| Other Income | - | - | 457 | 0.05 |
| Interest Income | 33 | - | - | - |
| None Deductible Expense | (3,252) | (0.38) | (381) | (0.04) |
| Total Other Income (Expenses) | (3,219) | (0.38) | 76 | 0.01 |
| **NET INCOME ( LOSS) - CASH BASIS** | (26,023) | (3.01) | (272,885) | (31.71) |
| **BEGINNING DEFICIT** | 69,050 | | (635,463) | |
| Less: Contribution (Distributions) | 11,554 | | 985,389 | |
| **ENDING DEFICIT** | $   54,606 | | $   77,019 | |

See Accountants' Compilation Report

2

Form **1040**  Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2009** (99)  OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2009, or other tax year beginning ____, 2009, ending ____, 20 ____

| **Label** | | | |
|---|---|---|---|
| (See instructions on page 14.) | Your first name and initial: ROY T. | Last name: JENKINSON | Your social security number |
| | If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Use the IRS label. Otherwise, please print or type. | Home address (number and street). If you have a P.O. box, see page 14.  62 HIBBARD ROAD | Apt. no. | ▲ You **must** enter your SSN(s) above. ▲ |
| | City, town or post office, state, and ZIP code. If you have a foreign address, see page 14.  NORTHFIELD  IL 60093-3542 | | Checking a box below will not change your tax or refund. |

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 14) ▶  ☐ You  ☐ Spouse

**Filing Status**
Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 15.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 16)

**Exemptions**

| | | | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax cr. (see page 17) | |
|---|---|---|---|---|---|---|
| 6a | ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a | | | | | Boxes checked on 6a and 6b  **1** |
| b | ☐ Spouse | | | | | No. of children on 6c who: |
| c | Dependents: | | | | | • lived with you |
| | (1) First name  Last name | | | | | • did not live with you due to divorce or separation (see page 18) |
| | | | | | | Dependents on 6c not entered above |

If more than four dependents, see page 17 and check here ▶ ☐

| d | Total number of exemptions claimed | | | | | Add numbers on lines above ▶ **1** |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 7 | 4,000 |
|---|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required | | 8a | 664 |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | 5 | |
| 9a | Ordinary dividends. Attach Schedule B if required | | 9a | 5,295 |
| b | Qualified dividends (see page 22) | 9b | 1,616 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | | 10 | |
| 11 | Alimony received | | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | | 12 | −22,773 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | 13 | −3,000 |
| 14 | Other gains or (losses). Attach Form 4797 | | 14 | |
| 15a | IRA distributions | 15a | b Taxable amount (see page 24) | 15b | |
| 16a | Pensions and annuities | 16a | 56,146 | b Taxable amount (see page 25) | 16b | 54,785 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | 17 | −1,338 |
| 18 | Farm income or (loss). Attach Schedule F | | 18 | |
| 19 | Unemployment compensation in excess of $2,400 per recipient (see page 27) | | 19 | |
| 20a | Social security benefits | 20a | 11,710 | b Taxable amount (see page 27) | 20b | 0 |
| 21 | Other income. List type and amount (see page 29)  PRIOR YEAR NOL | | 21 | −475,011 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | | 22 | −437,378 |

**Adjusted Gross Income**

| 23 | Educator expenses (see page 29) | 23 | | | |
|---|---|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | | | |
| 29 | Self-employed health insurance deduction (see page 30) | 29 | | | |
| 30 | Penalty on early withdrawal of savings | 30 | 184 | | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | | | |
| 32 | IRA deduction (see page 31) | 32 | | | |
| 33 | Student loan interest deduction (see page 34) | 33 | | | |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 | | | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | | | |
| 36 | Add lines 23 through 31a and 32 through 35 | | | 36 | 184 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | | | 37 | −437,562 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 97.
DAA
Form **1040** (2009)

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | -437,562 |
| | 39a | Check if: [X] You were born before January 2, 1945, [ ] Blind. [ ] Spouse was born before January 2, 1945, [ ] Blind. **Total boxes checked ▶ 39a** | 1 | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 35 and check here ▶ 39b | [ ] | | |
| | 40a | **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) | | 40a | 144,363 |
| • People who check any box on line 39a, 39b, or 40b or who can be claimed as a dependent, see page 35. | b | If you are increasing your standard deduction by certain real estate taxes, new motor vehicle taxes, or a net disaster loss, attach Schedule L and check here (see page 35) ▶ 40b | [ ] | | |
| | 41 | Subtract line 40a from line 38 | | 41 | -581,925 |
| | 42 | **Exemptions.** If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see page 37 | | 42 | 3,650 |
| • All others: | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 0 |
| Single or Married filing separately, $5,700 | 44 | **Tax** (see page 37). Check if any tax is from: a [ ] Form(s) 8814 b [ ] Form 4972 | | 44 | 0 |
| | 45 | **Alternative minimum tax** (see page 40). Attach Form 6251 | | 45 | |
| Married filing jointly or Qualifying widow(er), $11,400 | 46 | Add lines 44 and 45 ▶ | | 46 | |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| Head of household, $8,350 | 49 | Education credits from Form 8863, line 29 | 49 | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | | |
| | 51 | Child tax credit (see page 42) | 51 | | |
| | 52 | Credits from Form: a [ ] 8396 b [ ] 8839 c [ ] 5695 | 52 | | |
| | 53 | Other credits from Form: a [ ] 3800 b [ ] 8801 c [ ] | 53 | | |
| | 54 | Add lines 47 through 53. These are your **total credits** | | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | | 55 | 0 |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a [ ] 4137 b [ ] 8919 | | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 58 | |
| | 59 | Additional taxes: a [ ] AEIC payments b [ ] Household employment taxes. Attach Schedule H | | 59 | |
| | 60 | Add lines 55 through 59. This is your **total tax** ▶ | | 60 | 0 |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | 8,357 | |
| | 62 | 2009 estimated tax payments and amount applied from 2008 return | 62 | | |
| | 63 | Making work pay and government retiree credits. Attach Schedule M | 63 | | |
| If you have a qualifying child, attach Schedule EIC. | 64a | **Earned income credit (EIC)** | 64a | | |
| | b | Nontaxable combat pay election | 64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | | |
| | 66 | Refundable education credit from Form 8863, line 16 | 66 | | |
| | 67 | First-time homebuyer credit. Attach Form 5405 | 67 | | |
| | 68 | Amount paid with request for extension to file (see page 72) | 68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld (see page 72) | 69 | | |
| | 70 | Credits from Form: a [ ] 2439 b [ ] 4136 c [ ] 8801 d [ ] 8885 | 70 | | |
| | 71 | Add lines 61, 62, 63, 64a, & 65 through 70. These are your **total payments** ▶ | | 71 | 8,357 |
| **Refund** | 72 | If line 71 is more than line 60, subtract line 60 from line 71. This is the amount you **overpaid** | | 72 | 8,357 |
| Direct deposit? See page 73 and fill in 73b, 73c, and 73d, or Form 8888. | 73a | Amount of line 72 you want **refunded to you.** If Form 8888 is attached, check here ▶ [ ] | | 73a | 8,357 |
| | ▶ b | Routing number XXXXXXXXX ▶ c Type: [ ] Checking [ ] Savings | | | |
| | ▶ d | Account number XXXXXXXXXXXXXXXXX | | | |
| | 74 | Amount of line 72 you want **applied to your 2010 estimated tax** ▶ | 74 | | |
| **Amount You Owe** | 75 | **Amount you owe.** Subtract line 71 from line 60. For details on how to pay, see page 74 ▶ | | 75 | |
| | 76 | Estimated tax penalty (see page 74) | 76 | | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 75)? [X] **Yes.** Complete the following. [ ] No. |
|---|---|
| | Designee's name ▶ MARTIN W. NYE    Personal identification number (PIN) ▶ 12345    Phone no. ▶ 847-945-2888 |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |
|---|---|
| Joint return? See page 15. Keep a copy for your records. | Your signature | Date | Your occupation SEMI-RETIRED | Daytime phone number |
| | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |

| **Paid Preparer's Use Only** | Preparer's signature MARTIN W. NYE | Date 6-15-10 | Check if self-employed [ ] | Preparer's SSN or PTIN P00543143 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | QUESTUS - A DIVISION OF CJBS, LLC 2100 SANDERS RD., STE 200 NORTHBROOK    IL 60062-6141 | | EIN 36-3524803    Phone no. 847-945-2888 |

DAA                                                                    Form **1040** (2009)

| SCHEDULE A | | Itemized Deductions | | | OMB No. 1545-0074 |
|---|---|---|---|---|---|

**SCHEDULE A**
(Form 1040)

**Itemized Deductions**

OMB No. 1545-0074

**2009**

Department of the Treasury
Internal Revenue Service   (99)

▶ **Attach to Form 1040.**        ▶ **See Instructions for Schedule A (Form 1040).**

Attachment
Sequence No.   **07**

Name(s) shown on Form 1040

ROY T. JENKINSON

_____ mber

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | **Caution.** Do not include expenses reimbursed or paid by others. | | | |
| | 1 Medical and dental expenses (see page A-1) | 1 | 9,541 | |
| | 2 Enter amount from Form 1040, line 38 | 2 | -437,562 | |
| | 3 Multiply line 2 by 7.5% (.075) | 3 | | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | 9,541 |
| **Taxes You Paid**<br>(See page A-2.) | 5 State and local (check only one box): | | | |
| | a [X] Income taxes, or | 5 | 118 | |
| | b [ ] General sales taxes | | | |
| | 6 Real estate taxes (see page A-5) | 6 | 4,484 | |
| | 7 New motor vehicle taxes from line 11 of the worksheet on back. Skip this line if you checked box 5b | 7 | | |
| | 8 Other taxes. List type and amount ▶<br>FOREIGN TAXES - SCHEDULE K-1 | 8 | 40 | |
| | 9 Add lines 5 through 8 | | 9 | 4,642 |
| **Interest You Paid**<br>(See page A-6.)<br><br>**Note.**<br>Personal interest is not deductible. | 10 Home mortgage interest and points reported to you on Form 1098 | 10 | 91,761 | |
| | 11 Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-7 and show that person's name, identifying no., and address ▶ | 11 | | |
| | 12 Points not reported to you on Form 1098. See page A-7 for special rules | 12 | | |
| | 13 Qualified mortgage insurance premiums (see page A-7) | 13 | | |
| | 14 Investment interest. Attach Form 4952 if required. (See page A-8.) | 14 | 35 | |
| | 15 Add lines 10 through 14 | | 15 | 91,796 |
| **Gifts to Charity**<br>If you made a gift and got a benefit for it, see page A-8. | 16 Gifts by cash or check. If you made any gift of $250 or more, see page A-8 | 16 | | |
| | 17 Other than by cash or check. If any gift of $250 or more, see page A-8. You **must** attach Form 8283 if over $500 | 17 | | |
| | 18 Carryover from prior year | 18 | | |
| | 19 Add lines 16 through 18 | | 19 | |
| **Casualty and Theft Losses** | 20 Casualty or theft loss(es). Attach Form 4684. (See page A-10.) | | 20 | |
| **Job Expenses and Certain Miscellaneous Deductions**<br>(See page A-10.) | 21 Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See page A-10.) ▶ | 21 | | |
| | 22 Tax preparation fees | 22 | | |
| | 23 Other expenses—investment, safe deposit box, etc. List type and amount ▶<br>SEE STATEMENT 1 | 23 | 38,384 | |
| | 24 Add lines 21 through 23 | 24 | 38,384 | |
| | 25 Enter amount from Form 1040, line 38 | 25 | -437,562 | |
| | 26 Multiply line 25 by 2% (.02) | 26 | | |
| | 27 Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | 27 | 38,384 |
| **Other Miscellaneous Deductions** | 28 Other—from list on page A-11. List type and amount ▶ | | 28 | |
| **Total Itemized Deductions** | 29 Is Form 1040, line 38, over $166,800 (over $83,400 if married filing separately)?<br>[X] **No.**  Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40a.  ▶<br>[ ] **Yes.**  Your deduction may be limited. See page A-11 for the amount to enter. | | 29 | 144,363 |
| | 30 If you elect to itemize deductions even though they are less than your standard deduction, check here  ▶ | | | [ ] |

For Paperwork Reduction Act Notice, see Form 1040 instructions.
DAA

Schedule A (Form 1040) 2009

**(Form 1040A or 1040)**

Department of the Treasury
Internal Revenue Service    (99)

**2009**

▶ Attach to Form 1040A or 1040.    ▶ See instructions on back.

Attachment
Sequence No.    **08**

Name(s) shown on return

ROY T. JENKINSON

social security number

| | | | | | |
|---|---|---|---|---|---|
| | 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see instructions on back and list this interest first. Also, show that buyer's social security number and address ▶ | | | **Amount** |
| **Part I** **Interest** | | JPMORGAN CHASE BANK -2100 | | | 6 |
| | | NORTH SHORE COMMUNITY BANK & TRUST | | | 33 |
| (See instructions on back and the instructions for Form 1040A, or Form 1040, line 8a.) | | NORTH SHORE BANK - 30204 | | | 305 |
| | | EMIGRANT DIRECT | | | 237 |
| | | JPMORGAN CHASE BANK -28-00-2 | | 1 | 21 |
| | | KINDER MORGAN ENERGY PARTNERS, L.P. 76-0380342 | | | 38 |
| **Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form. | | BUCKEYE PARTNERS L.P.           23-2432497 | | | 24 |
| | 2 | Add the amounts on line 1 | | 2 | 664 |
| | 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 | | 3 | |
| | 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040A, or Form 1040, line 8a.                        ▶ | | 4 | 664 |

**Note.** If line 4 is over $1,500, you must complete Part III.

| | | | | | |
|---|---|---|---|---|---|
| | 5 | List name of payer ▶ | | | **Amount** |
| **Part II** **Ordinary** **Dividends** | | BRUNSWICK CORPORATION | | | 16 |
| | | IBM C/O COMPUTERSHARE | | | 1,577 |
| (See instructions on back and the instructions for Form 1040A, or Form 1040, line 9a.) | | JP MORGAN CHASE | | | 3,673 |
| | | KINDER MORGAN ENERGY PARTNERS, L.P. 76-0380342 | | 5 | 3 |
| | | BUCKEYE PARTNERS L.P.           23-2432497 | | | 16 |
| | | NUSTAR ENERGY L.P.             74-2956831 | | | 10 |
| **Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form. | | | | | |
| | 6 | Add the amounts on line 5. Enter the total here and on Form 1040A, or Form 1040, line 9a.                        ▶ | | 6 | 5,295 |

**Note.** If line 6 is over $1,500, you must complete Part III.

| | | | | Yes | No |
|---|---|---|---|---|---|
| **Part III** **Foreign** **Accounts** **and Trusts** | | You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; or **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | | | |
| | 7a | At any time during 2009, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions on back for exceptions and filing requirements for Form TD F 90-22.1 | | | X |
| (See instructions on back) | b | If "Yes," enter the name of the foreign country ▶ | | | |
| | 8 | During 2009, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See instructions on back | | | X |

For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.

Schedule B (Form 1040A or 1040) 2009

ᎠAA

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service  (99)

Profit or Loss From

(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041.  ▶ See Instructions for Schedule C (Form 1040).

**2009**

Attachment
Sequence No. **09**

| | |
|---|---|
| Name of proprietor | Social security number (SSN) |
| ROY T. JENKINSON | |

| A | Principal business or profession, including product or service (see page C-2 of the instructions) | B | Enter code from pages C-9, 10, & 11 |
|---|---|---|---|
| | ROY T JENKINSON | | ▶ 811490 |

| C | Business name. If no separate business name, leave blank. | D | Employer ID number (EIN), if any |
|---|---|---|---|
| | HIBBARD ROAD GARDENS | | 36-4057547 |

E  Business address (including suite or room no.) ▶  62 HIBBARD ROAD
   City, town or post office, state, and ZIP code  NORTHFIELD  IL 60093-3542

F  Accounting method:  (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶

G  Did you "materially participate" in the operation of this business during 2009? If "No," see page C-3 for limit on losses  [X] Yes  [ ] No

H  If you started or acquired this business during 2009, check here  ▶ [ ]

### Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** See page C-4 and check the box if: | | |
| | • This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or | | |
| | • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see page C-3 for limit on losses. ▶ [ ] | 1 | 877,033 |
| 2 | Returns and allowances | 2 | 12,531 |
| 3 | Subtract line 2 from line 1 | 3 | 864,502 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | 580,271 |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 284,231 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4)  SEE STMT 2 | 6 | 33 |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 284,264 |

### Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 8,042 | 18 | Office expense | 18 | 26,923 |
| 9 | Car and truck expenses (see page C-4) | 9 | 5,715 | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see page C-6): | | |
| 11 | Contract labor (see page C-4) | 11 | | a | Vehicles, machinery, and equipment | 20a | 3,075 |
| 12 | Depletion | 12 | | b | Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-5) | 13 | 19,786 | 21 | Repairs and maintenance | 21 | 3,564 |
| | | | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | 99,495 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | 562 |
| | | | | b | Deductible meals and entertainment (see page C-6) | 24b | 3,252 |
| 15 | Insurance (other than health) | 15 | 69,689 | 25 | Utilities | 25 | 13,496 |
| 16 | Interest: | | | 26 | Wages (less employment credits) | 26 | 4,000 |
| a | Mortgage (paid to banks, etc.) | 16a | | 27 | Other expenses (from line 48 on page 2) | 27 | 36,428 |
| b | Other | 16b | | | | | |
| 17 | Legal and professional services | 17 | 13,010 | | | | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 ▶ | 28 | 307,037 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | -22,773 |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see page C-7). Estates and trusts, enter on **Form 1041, line 3.** | 31 | -22,773 |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-7). | | |
| | • If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions on page C-7). Estates and trusts, enter on **Form 1041, line 3.** | 32a | [X] All investment is at risk. |
| | • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32b | [ ] Some investment is not at risk. |

For Paperwork Reduction Act Notice, see page C-9 of the instructions.

Schedule C (Form 1040) 2009

DAA

ROY T. JENKINSON

Schedule C (Form 1040) 2009  ROY T JENKINSON                                                                    Page 2

**Part III    Cost of Goods Sold** (see page C-8)

| | | |
|---|---|---:|
| 33 | Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation) | |
| 34 | Was there any change in determining quantities, costs, or valuations between opening and closing inventory?<br>If "Yes," attach explanation .......................................................  ☐ Yes   ☐ No | |
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | **35**     0 |
| 36 | Purchases less cost of items withdrawn for personal use | **36**     284,981 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | **37**     295,290 |
| 38 | Materials and supplies | **38** |
| 39 | Other costs | **39** |
| 40 | Add lines 35 through 39 | **40**     580,271 |
| 41 | Inventory at end of year | **41**     0 |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | **42**     580,271 |

**Part IV    Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-5 to find out if you must file Form 4562.

43   When did you place your vehicle in service for business purposes? (month, day, year) ▶ ...............................

44   Of the total number of miles you drove your vehicle during 2009, enter the number of miles you used your vehicle for:

a  Business ...............   b  Commuting (see instructions) ...............   c  Other ...............

| | | |
|---|---|---|
| 45 | Was your vehicle available for personal use during off-duty hours? | ☐ Yes   ☐ No |
| 46 | Do you (or your spouse) have another vehicle available for personal use? | ☐ Yes   ☐ No |
| 47a | Do you have evidence to support your deduction? | ☐ Yes   ☐ No |
| b | If "Yes," is the evidence written? | ☐ Yes   ☐ No |

**Part V    Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---:|
| BANK CHARGES | 1,050 |
| CREDIT CARD CHARGES | 15,748 |
| DISPOSAL SERVICE | 7,280 |
| DUES & SUBSCRIPTIONS | 868 |
| MEDICAL EXPENSE | 83 |
| POSTAGE EXPENSE | 1,669 |
| SEMINARS & MEETINGS | 910 |
| TELEPHONE EXPENSE | 7,329 |
| TRADE SHOWS | 160 |
| LICENSES AND FEES | 30 |
| MISCELLANEOUS | 1,301 |
| | |
| | |
| | |
| | |
| | |
| | |
| **48   Total other expenses.** Enter here and on page 1, line 27 **48** | 36,428 |

DAA                                                                    Schedule C (Form 1040) 2009

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)

**Capital Gains and Losses**
► Attach to Form 1040 or Form 1040NR.    ► See Instructions for Schedule D (Form 1040).
► Use Schedule D-1 to list additional transactions for lines 1 and 8.

**2009**

Attachment
Sequence No. **12**

Name(s) shown on return

ROY T. JENKINSON

Your social security number

**Part I**    Short-Term Capital Gains and Losses – Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-7 of the instructions) | (e) Cost or other basis (see page D-7 of the instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1  DEUTSCHE BK BREN AIB | 06/24/08 | 06/24/09 | 16,097 | 20,000 | -3,903 |
| MORGAN STANLEY BREN AIB | 08/07/09 | 10/01/09 | 24,070 | 20,000 | 4,070 |
| CREDIT SUISSE ARN SPX | 08/07/09 | 11/20/09 | 18,684 | 20,000 | -1,316 |
| JPMORGAN CHASE CIGAR CLS | 08/07/09 | 11/20/09 | 12,720 | 20,000 | -7,280 |

| | | |
|---|---|---|
| 2  Enter your short-term totals, if any, from Schedule D-1, line 2 | **2** | |
| 3  Total short-term sales price amounts. Add lines 1 and 2 in column (d) | **3** | 71,571 |

| | | |
|---|---|---|
| 4  Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | **4** | |
| 5  Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | **5** | |
| 6  Short-term capital loss carryover. Enter the amount, if any, from line 10 of your **Capital Loss Carryover Worksheet** on page D-7 of the instructions | **6** | ( 426,911) |
| 7  **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f) | **7** | -435,340 |

**Part II**    Long-Term Capital Gains and Losses – Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-7 of the instructions) | (e) Cost or other basis (see page D-7 of the instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 8  BARCLAYS DD BREN EAFE | 06/27/08 | 07/16/09 | 15,672 | 20,000 | -4,328 |
| BARCLAYS BREN SPX | 06/06/08 | 06/24/09 | 14,979 | 20,000 | -5,021 |
| BARCLAYS BREN EAFE | 06/06/08 | 06/24/09 | 15,145 | 20,000 | -4,855 |

| | | |
|---|---|---|
| 9  Enter your long-term totals, if any, from Schedule D-1, line 9 | **9** | |
| 10  Total long-term sales price amounts. Add lines 8 and 9 in column (d) | **10** | 45,796 |
| 11  Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | **11** | 179 |
| 12  Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | **12** | -2 |
| 13  Capital gain distributions. See page D-2 of the instructions | **13** | |
| 14  Long-term capital loss carryover. Enter the amount, if any, from line 15 of your **Capital Loss Carryover Worksheet** on page D-7 of the instructions | **14** | ( ) |
| 15  **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f). Then go to Part III on the back | **15** | -14,027 |

For Paperwork Reduction Act Notice, see Form 1040 or Form 1040NR instructions.

Schedule D (Form 1040) 2009

DAA

ROY T. JENKINSON

Schedule D (Form 1040) 2009

Page 2

## Part III    Summary

| | | | |
|---|---|---|---|
| 16 | Combine lines 7 and 15 and enter the result | 16 | −449,367 |

If line 16 is:

- A **gain,** enter the amount from line 16 on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 17 below.
- A **loss,** skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.
- **Zero,** skip lines 17 through 21 below and enter -0- on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 22.

17 Are lines 15 and 16 both **gains**?

☐ **Yes.** Go to line 18.

☐ **No.** Skip lines 18 through 21, and go to line 22.

| | | | |
|---|---|---|---|
| 18 | Enter the amount, if any, from line 7 of the **28% Rate Gain Worksheet** on page D-8 of the instructions ▶ | 18 | |

| | | | |
|---|---|---|---|
| 19 | Enter the amount, if any, from line 18 of the **Unrecaptured Section 1250 Gain Worksheet** on page D-9 of the instructions ▶ | 19 | |

20 Are lines 18 and 19 **both** zero or blank?

☐ **Yes.** Complete Form 1040 through line 43, or Form 1040NR through line 40. Then complete the **Qualified Dividends and Capital Gain Tax Worksheet** on page 39 of the Instructions for Form 1040 (or in the Instructions for Form 1040NR). **Do not** complete lines 21 and 22 below.

☐ **No.** Complete Form 1040 through line 43, or Form 1040NR through line 40. Then complete the **Schedule D Tax Worksheet** on page D-10 of the instructions. **Do not** complete lines 21 and 22 below.

21 If line 16 is a loss, enter here and on Form 1040, line 13, or Form 1040NR, line 14, the **smaller** of:

- The loss on line 16 or
- ($3,000), or if married filing separately, ($1,500)

| | |
|---|---|
| 21 | 3,000 ) |

**Note.** When figuring which amount is smaller, treat both amounts as positive numbers.

22 Do you have qualified dividends on Form 1040, line 9b, or Form 1040NR, line 10b?

☒ **Yes.** Complete Form 1040 through line 43, or Form 1040NR through line 40. Then complete the **Qualified Dividends and Capital Gain Tax Worksheet** on page 39 of the Instructions for Form 1040 (or in the Instructions for Form 1040NR).

☐ **No.** Complete the rest of Form 1040 or Form 1040NR.

Schedule D (Form 1040) 2009

DAA

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    __Roy T Jenkinson_____    Case No. _____

                                             Debtor(s)          Chapter   __11_____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

 ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

 ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

 ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

  Signature of Debtor:   **/s/ Roy T Jenkinson**
          **Roy T Jenkinson**
  Date:   **January 17, 2011**

Certificate Number: 00555-ILN-CC-013592402



00555-ILN-CC-013592402

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 17, 2011</u>, at <u>8:43</u> o'clock <u>AM EST</u>, <u>Roy Jenkinson</u> received from <u>Advisory Credit Management, Inc.,</u> an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois,</u> an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>January 17, 2011</u>          By:      <u>/s/Esteban Ortiz</u>

Name:   <u>Esteban Ortiz</u>

Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Roy T Jenkinson**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Express**<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000 | **American Express**<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000 | **Credit Card** | | **5,191.00** |
| **AT&T Universal**<br>P.O. Box 1641<br>Sioux Falls, SD 57117 | **AT&T Universal**<br>P.O. Box 1641<br>Sioux Falls, SD 57117 | **Credit Card** | | **4,846.00** |
| **BFG Supply**<br>14500 Kinsman Road<br>Burton, OH 44021 | **BFG Supply**<br>14500 Kinsman Road<br>Burton, OH 44021 | **Nursery related** | | **5,031.68** |
| **Chicago Tribune**<br>14839 Collections Center Drive<br>Chicago, IL 60693 | **Chicago Tribune**<br>14839 Collections Center Drive<br>Chicago, IL 60693 | **Nursery related** | | **5,478.00** |
| **CitiBusiness Card**<br>P.O. Box 688901<br>Des Moines, IA 50368-8901 | **CitiBusiness Card**<br>P.O. Box 688901<br>Des Moines, IA 50368-8901 | **Credit Card** | | **18,822.00** |
| **Clesen Wholesale**<br>316 Florence<br>Evanston, IL 60202 | **Clesen Wholesale**<br>316 Florence<br>Evanston, IL 60202 | **Nursery related** | | **8,468.93** |
| **Cool Springs**<br>9218 Highway 105S<br>Banner Elk, NC 28604 | **Cool Springs**<br>9218 Highway 105S<br>Banner Elk, NC 28604 | **Nursery related** | | **13,200.00** |
| **De Vroomen Holland**<br>P.O. Box 189<br>Russell, IL 60075 | **De Vroomen Holland**<br>P.O. Box 189<br>Russell, IL 60075 | **Nursery related** | | **4,149.70** |
| **Denkewalter & Angelo**<br>5215 Old Orchard<br>Suite 1010<br>Skokie, IL 60077 | **Denkewalter & Angelo**<br>5215 Old Orchard<br>Suite 1010<br>Skokie, IL 60077 | **Legal Services** | | **33,528.83** |
| **Discover Fin**<br>Po Box 6103<br>Carol Stream, IL 60197 | **Discover Fin**<br>Po Box 6103<br>Carol Stream, IL 60197 | **CreditCard** | | **13,310.00** |
| **Discover Fin**<br>Po Box 6103<br>Carol Stream, IL 60197 | **Discover Fin**<br>Po Box 6103<br>Carol Stream, IL 60197 | **CreditCard** | | **7,942.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Roy T Jenkinson**                                                Case No.
                                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Greenworld<br>4236 Hickory Grove<br>Valdosta, GA 31603 | Greenworld<br>4236 Hickory Grove<br>Valdosta, GA 31603 | Nursery related | | 5,653.66 |
| GTC Law Group<br>400 Blue Hill Drive<br>Suite 2<br>Westwood, MA 02090 | GTC Law Group<br>400 Blue Hill Drive<br>Suite 2<br>Westwood, MA 02090 | Legal Services | | 10,765.00 |
| Illinois Department of Revenue<br>Bankruptcy Division, Level 7-400<br>100 West Randolph Street<br>Chicago, IL 60601-6206 | Illinois Department of Revenue<br>Bankruptcy Division, Level 7-400<br>100 West Randolph Street<br>Chicago, IL 60601-6206 | Payroll Taxes | | 8,253.00 |
| Illinois Department of Revenue<br>Bankruptcy Division<br>100 E. Randolph, Level 7-400<br>Chicago, IL 60601-6206 | Illinois Department of Revenue<br>Bankruptcy Division<br>100 E. Randolph, Level 7-400<br>Chicago, IL 60601-6206 | Sales Taxes | | 26,321.00 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | 941 Taxes | | 50,635.00 |
| Minkow & Bergman, Ltd.<br>330 Oak Knoll Terrace<br>Northbrook, IL 60062 | Minkow & Bergman, Ltd.<br>330 Oak Knoll Terrace<br>Northbrook, IL 60062 | Legal Fees (approx.) | | 8,000.00 |
| Olsen's<br>969 North Pepper Road<br>Barrington, IL 60010 | Olsen's<br>969 North Pepper Road<br>Barrington, IL 60010 | Nursery related | | 9,742.80 |
| Unvl/citi<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | Unvl/citi<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | CreditCard | | 5,145.00 |
| Willoway Nursery<br>4534 Center Road<br>Avon, OH 44011 | Willoway Nursery<br>4534 Center Road<br>Avon, OH 44011 | Nursery related | | 5,823.72 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Roy T Jenkinson**                                    Case No.   _____
_____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Roy T Jenkinson**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **January 17, 2011**                  Signature   **/s/ Roy T Jenkinson**
                                                          **Roy T Jenkinson**
                                                          Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                    Best Case Bankruptcy

Advanced Comfort
5934 W. Lawrence Ave
Chicago, IL 60630


American Express
P.O. Box 0001
Los Angeles, CA 90096-8000


AT&T
PO Box 8100
Aurora, IL 60507


AT&T Universal
P.O. Box 1641
Sioux Falls, SD 57117


Avery Dennison
15178 Collectoins Center
Chicago, IL 60693


B.E. Atlas
4300 N. Kilpatrick
Chicago, IL 60641


BFG Supply
14500 Kinsman Road
Burton, OH 44021


Chicago Tribune
14839 Collections Center Drive
Chicago, IL 60693


CitiBusiness Card
P.O. Box 688901
Des Moines, IA 50368-8901


Clesen Brothers
1050 Center Drive
South Elgin, IL 60177


Clesen Wholesale
316 Florence
Evanston, IL 60202

Commonwealth Edison Co.
PO Box 6111
Carol Stream, IL 60197


Commonwealth Edison Co.
PO Box 6111
Carol Stream, IL 60197


Commonwealth Edison Co.
PO Box 6111
Carol Stream, IL 60197


Continental Craft
2300 North Knox
Chicago, IL 60639


Cook County Treasurer
118 N. Clark Street
Suite 112
Chicago, IL 60602


Cool Springs
9218 Highway 105S
Banner Elk, NC 28604


Culligan
PO Box 5277
Carol Stream, IL 60197


D. Hill
16111 State Route 176
Union, IL 60180


De Vroomen Holland
P.O. Box 189
Russell, IL 60075


Deetoo
P.O. Box 3997
Saint Joseph, MO 64503


Denkewalter & Angelo
5215 Old Orchard
Suite 1010
Skokie, IL 60077

Dex One
P.O. Box 660835
Dallas, TX 75266


Discover Fin
Po Box 6103
Carol Stream, IL 60197


Discover Fin
Po Box 6103
Carol Stream, IL 60197


Donahue's Greenhouse
420 SW 10th Street
Faribault, MN 55021


G.&E. Greenhouse
P.O. Box 427
Elburn, IL 60119


Glenview Transfer Station
3 Providence Drive
Glenview, IL 60025


Goebbert's
40 West Higgins
Barrington, IL 60010


Grassl's
38065 S.E. Boitano Road
Sandy, OR 97055


Greenworld
4236 Hickory Grove
Valdosta, GA 31603


GTC Law Group
400 Blue Hill Drive
Suite 2
Westwood, MA 02090


Hardy's Reindeer Ranch
1356 CR 2900N
Rantoul, IL 61866

Ice Mountain
6661 Dixie Highway
Suite 4
Louisville, KY 40258


Illinois Department of Revenue
Bankruptcy Division, Level 7-400
100 West Randolph Street
Chicago, IL 60601-6206


Illinois Department of Revenue
Bankruptcy Division
100 E. Randolph, Level 7-400
Chicago, IL 60601-6206


Illinois Department of Revenue
Bankruptcy Division
100 E. Randolph, Level 7-400
Chicago, IL 60601-6206


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


JP Morgan Chase Bank, N.A.
10 South Dearborn Street, 36th Fl.
Mail Code IL1-1415
Chicago, IL 60603


K. Van Bourgondien
PO Box 2000 Virginia Beach
Virginia Beach, VA 23450


Macys/fdsb
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040


Maple Ridge
9528 South Bolton Road
Posen, MI 49776

Mayfield Nursery
4785 Mayfield
West Bend, WI 53095


Menoni & Mocogni, Inc.
2160 Skokie Valley Road
Highland Park, IL 60035


Minkow & Bergman, Ltd.
330 Oak Knoll Terrace
Northbrook, IL 60062


Nar Inc
10 W Broadway Ste 610
Salt Lake City, UT 84101


Needlefast
3950West Hansen Road
Ludington, MI 49431


Nicor Gas
P.O. Box 0632
Aurora, IL 60507-0632


Nicor Gas
P.O. Box 0632
Aurora, IL 60507-0632


Northfield Chamber of Commerce
One Northfield Plaza
Suite 300
Northfield, IL 60093


Olsen's
969 North Pepper Road
Barrington, IL 60010


Oosterhoff
2502 South 8000 East Road
Saint Anne, IL 60964


Pioneer Press
3701 West Lake Street
Glenview, IL 60026

Questus
2100 Sanders Road
Suite 200
Northbrook, IL 60062


Robert F. Rabin, Esq.
Robins Solomon & Patt
25 E. Washington Street, 10th Floor
Chicago, IL 60602


Russell & Miller
P.O. Box 2152
Santa Fe Springs, CA 90670


Schaefer Nursery
P.O. Box 1595
Aurora, IL 60507


Skokie Valley
3640 Lake Avenue
Wilmette, IL 60091


Sst/columbus Bank&trus
Po Box 84024
Columbus, GA 31908


Stand Nursery
2245 290th Avenue
Cushing, WI 54006


Standard Register
P.O. Box 91047
Chicago, IL 60693


State By State Gardening
P.O. Box 13070
Ruston, LA 71273


T Mobile
P.O. Box 742596
Cincinnati, OH 45274


Toyota Fsb
Po Box 108
Saint Louis, MO 63166

Twixwood Nursery
P.O. Box 247
Berrien Springs, MI 49103


Unvl/citi
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Village of Northfield
361 Happ Road
Northfield, IL 60093


Waste Management
1411 Opus Place
Suite 400
Downers Grove, IL 60515


Willoway Nursery
4534 Center Road
Avon, OH 44011


Wilson Nursery
43W967 Route 72
Hampshire, IL 60140


Winnetka Chamber of Commerce
841 Spruce Street
Winnetka, IL 60093